**Order entered February 2, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01265-CV

**SONJA Y. WRIGHT, Appellant**

**V.**

**DALLAS HOUSING AUTHORITY, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-04697-D**

## ORDER

The reporter's record in this case was due December 6, 2016. When it was not filed, we notified court reporter Coral Hough by postcard dated December 7, 2016 that the reporter's record was past due. On December 12, 2016, Ms. Hough notified the Court that no request had been made for a reporter's record in this appeal. That same day, we notified appellant Sonja Wright that the reporter's record had not been filed because no one had requested it. We instructed appellant to provide the Court with written documentation by December 22, 2016 that she had requested preparation of the reporter's record. We cautioned appellant that the failure to do so could result in the appeal being submitted without the reporter's record. To date, we have not received notice that appellant has requested preparation of the reporter's record. Therefore, we **ORDER** this appeal submitted without the reporter's record.

We **ORDER** appellant to file her brief on or before March 3, 2017.   Appellant is cautioned that the failure to timely file her brief may result in the dismissal of this appeal for want of prosecution.  *See* TEX. R. APP. P. 38.8(a)(1).


/s/      CRAIG STODDART
JUSTICE